# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN GARCIA-ESPINOZA., ON BEHALF OF HIMSELF AND
OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)
Petitioner(s)

- against -

JP RESTAURANT CORP. D/B/A CARMINE'S ITALIAN
SEAFOOD RESTAURANT

Defendant(s)
Respondent(s)

INDEX #:
07 CIV 8330
DATE FILED:
09/24/2007

JUDGE:
LEWIS A. KAPLAN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 10/11/2007, 01:54PM at 140 BEEKMAN STREET, #140, NEW YORK NY 10038, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND & COPY OF RULES FOR JUDGE LEWIS A. KAPLAN on CARMINE'S ITALIAN SEAFOOD RESTAURANT, a defendant in the above action.

By delivering to and leaving with TOM BONE at the above address and that he knew the person so served to be the managing agent of the corporation.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 10/12/2007 addressed to defendant CARMINE'S ITALIAN SEAFOOD RESTAURANT at 140 BEEKMAN STREET, #140, NEW YORK NY 10038 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 55    Approximate height 5'10"    Approximate weight 240    Color of skin WHITE    Color of hair BALDING BROWN

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO

Sworn to before me on 10/12/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726