

**Scott Michael Mishkin, PC** ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

*Via ECF*

October 19, 2007

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

Clerk of The Court
Southern District of New York
Daniel Patrick Moynihan
US Courthouse
500 Pearl Street
New York, New York 10007

Re:    CV 07-8330(LAK)
       Juan Garcia-Espinoza, on behalf of Himself and other persons similarly
       situated, v. JP Restaurant Corp. d/b/a Carmines Italian Seafood Restaurant,

Dear Clerk of the Court:

Attached please find SCOTT MICHAEL MISHKIN PC's Notice of Appearance for the
above referenced matter.

Your consideration is appreciated.


Respectfully Submitted,

Scott Michael Mishkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Juan Garcia-Espinoza, on behalf of                    :
Himself and other persons similarly                   :
situated,                                             :
                Plaintiffs    :

    -against-                                     :

JP Restaurant Corp. d/b/a Carmines                    :
Italian Seafood Restaurant,                           :

                Defendants.   :
------------------------------------------------------X

*VIA ECF*

CV 07-8330(LAK)

Notice of Appearance

**PLEASE TAKE NOTICE**, that the law Firm of Scott Michael Mishkin PC, One

Suffolk Square Suite 240, Islandia, New York, 11749, hereby appears as counsel for

defendants in the above entitled action.

Dated: Islandia, New York
       October 19, 2007

                              Respectfully Submitted,

                              SCOTT MICHAEL MISHKIN PC
                              By:_____
                              Scott Michael Mishkin, Esq. (SMM 3687)
                              One Suffolk Square Suite 240
                              Islandia, New York 11749
                              *Attorney for Defendants*

TO:    Justin A. Zeller, Esq.
        251 West 14th Street 5th Floor
        New York, New York 10011
        *Attorney for Plaintiffs*