UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN GARCIA-ESPINOZA,

        Plaintiff,

-against-                                                      07 Civ. 8330 (LAK)

JP RESTAURANT CORP., etc.,

        Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Defendant's motion to dismiss the complaint is denied. The complaint adequately states a claim. To whatever extent that *Zhong v. August August Corp.*, 498 F. Supp.2d 625 (S.D.N.Y. 2007), might be read as requiring a more detailed factual statement in the complaint – and the Court doubts that this would be a proper reading – it respectfully disagrees.

    SO ORDERED.

Dated:    November 28, 2007

                                                    Lewis A. Kaplan
                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07