UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JUAN GARCIA-ESPINOZA, on behalf of   :
Himself and other persons similarly        :    CV: 07-8330(LAK)(AJP)
situated,                                                   :
                                                                 :    RULE 7.1 STATEMENT
                              Plaintiffs,          :
                                                                 :
    -against-                                            :
                                                                 :
JP RESTAURANT CORP., d/b/a            :
CARMINE'S ITALIAN SEAFOOD       :
RESTAURANT,                                    :
                                                                 :
                              Defendants.      :
------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JP Restaurant Corp., d/b/a Carmine's Italian Seafood Restaurant, certify that Defendant has no parent corporation and publicly held corporation owning ten percent or more of its stock. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  January 2, 2008
       Islandia, New York

                                      Respectfully submitted,

                                      SCOTT MICHAEL MISHKIN, P.C.
                                      _____/s/_____
                                      By: Scott Michael Mishkin, Esq (SMM 3687)
                                      One Suffolk Square Suite 240
                                      Islandia, New York 11749
                                      Telephone: (631) 234-1154
                                      Facsimile:  (631) 234-5048
                                      *Attorney's for Defendant*