UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN GARCIA-ESPINOZA, on behalf of  :
Himself and other persons similarly    :   CV: 07-8330(LAK)(AJP)
situated,                              :
                                       :   CONSENT SCHEDULING ORDER
                        Plaintiffs,    :
                                       :
        -against-                      :
                                       :
JP RESTAURANT CORP., d/b/a             :
CARMINE'S ITALIAN SEAFOOD              :
RESTAURANT,                            :
                                       :
                        Defendants.    :
------------------------------------------------------------x

Upon consent of the parties, it is hereby

**ORDERED** as follows

1. Deadline for joinder of additional parties and amendment of pleadings: — July 1, 2008

2. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before — September 22, 2008

    (b) rebuttal expert witnesses on or before — October 21, 2008

3. All discovery, including any depositions of experts, shall be completed on or before — November 7, 2008

4. Dispositive motion process started by: — November 21, 2008

5. Joint pretrial order, in the form prescribed in Judge Kaplan's individual rules shall be filed on or before — December 12, 2008

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

1

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

March 14, 2008

_____
Justin A. Zeller, Esq. (JZ 7094)
The Law Office of Justin A. Zeller, P.C.
Attorneys for Plaintiff
251 West 14th Street, 5th Floor
New York, New York, 10011
212-229-2249

March 14, 2008

_____
Scott Michael Mishkin, Esq. (SMM 3687)
Scott Michael Mishkin, P.C.
Attorney for Defendant
One Suffolk Square, Suite 240
Islandia, New York 11749
631-234-1154

Dated: _____

SO ORDERED:

_____
Lewis A. Kaplan U.S.D.J.