

**Scott Michael Mishkin, PC** ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

**VIA ECF**

April 29, 2008

Hon. Lewis A. Kaplan
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

Re:   Juan Garcia-Espinoza v. JP Restaurant Corp., d/b/a Carmine's Italian Seafood
      <u>CV 07-8330 (LAK)</u>

Dear Judge Kaplan:

This correspondence is respectfully submitted to Your Honor subsequent to conversations with opposing counsel.

As the court is aware, at the parties March 19, 2008, Initial Conference Plaintiff proffered a settlement offer to Defendant in the amount of Thirty Thousand ($30,000.00) Dollars.

On or about April 24, 2008, in an effort to stem litigation costs, Defendant's counter-offered Ten Thousand ($10,000.00) Dollars. To date, Plaintiff has not rejected said offer or put forth a counter-offer.

Based on the proximity of Plaintiff's initial settlement offer of Thirty Thousand ($30,000.00) Dollars and Defendant's counter-offer of Ten Thousand ($10,000.00) Dollars, it is in the best interest of both parties to avoid further litigation costs and settle said matter.

As Your Honor proffered to assist in the settlement of this matter, during the parties Initial Conference, as the parties are relatively close to said settlement, Defendant respectfully requests Your Honor's assistance in attempting to resolve this matter without the need for further litigation.

Your Honor's consideration is appreciated.

Respectfully submitted,

Scott Michael Mishkin

cc:   Justin A. Zeller, Esq. (via ECF)

      JP Restaurant Corp., d/b/a Carmine's Italian Seafood