USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUAN GARCIA-ESPINOZA,

        Plaintiff,

        -against-                          07 Civ. 8330 (LAK)

J.R. RESTAURANT CORP., etc.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for a conference [docket item 14] is denied. The matter will be referred to a Magistrate Judge for settlement purposes.

        Counsel's attention is drawn to the fact that the electronic filing of letters is prohibited.

        SO ORDERED.

Dated:      April 30, 2008

                                _____

                                      Lewis A. Kaplan
                               United States District Judge